**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

THOUYEZEN MUNIR,
    Plaintiff,

v.

C.A. No. 1:24-cv-11833-MJJ

RTX CORPORATION, RAYTHEON
BROAD-BASED ENHANCED MERGER
SEVERANCE PLAN, RTX SEVERANCE
PLANS BENEFIT COMMITTEE,
Defendants

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Defendants Raytheon Broad-Based Enhanced Merger Severance Plan, and RTX Severance Plan Benefit Committee ("Defendants") and Plaintiff Thouyezen Munir, by and through undersigned counsel, respectfully request that the Court extend the discovery period in the above-captioned matter by forty-five (45) days, through and including **August 3, 2026**. As grounds for this motion, Defendants state as follows:

1.      Fact discovery in this case is currently scheduled to be completed by June 19, 2026. (Doc. No. 47).

2.      At this time, the Parties have exchanged written discovery, conferred about discovery responses, and are in the process of scheduling depositions.

3.      The Parties will be unable to take all depositions by the current discovery deadline. Specifically, the parties intend to take three depositions but have been unable to schedule them within the current discovery cutoff due to witness and counsel schedules and travel. Accordingly, the parties had selected deposition dates for the deposition of the plaintiff,

1

326535166v.2

and two depositions of defense witness after the Court allowed the plaintiff to take those depositions. Due to unforeseen scheduling difficulties that arose the parties are unable to get the depositions completed prior to the June 19, 2026 completion date. The parties continue to work cooperatively in selecting new dates and expect to have the dates confirmed very soon. In light of this, Defendants' counsel and Plaintiff's counsel conferred prior to filing this motion, and agreed to seek an extension of the discovery deadline to August 3, 2026.

4.    Counsel represent that this motion is made in good faith, and is not made for the purpose of delay, and will not prejudice either party. The parties believe and represent that the requested extension is reasonable and necessary. This is the second request for an extension of the discovery period in this lawsuit.

5.    A Proposed Order is attached for the Court's consideration.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the discovery period through and including **August 3, 2026**.

Respectfully Submitted,

Respectfully Submitted,

| | |
|---|---|
| THOUYEZEN MUNIR, | RAYTHEON BROAD-BASED ENHANCED MERGER SEVERANCE PLAN, RTX SEVERANCE PLANS BENEFIT COMMITTEE |
| By his attorneys, | By Their Attorneys, |
| /s/ Jonathan M. Feigenbaum | /s/ Ian H. Morrison |
| Jonathan M. Feigenbaum (BBO #546686) | Daniel B. Klein, BBO No. 638059 |
| LAW OFFICES OF JONATHAN M. FEIGENBAUM | dklein@seyfarth.com |
| 184 High Street, Suite 503 | SEYFARTH SHAW LLP |
| Boston, MA 02110 | Two Seaport Lane, Suite 1200 |
| Tel: (617) 357-9700 | Boston MA 02210-2028 |
| Fax: (617) 227-8992 | Telephone: (617) 946-4800 |
| Email: jonathan@erisaattorneys.com | Facsimile: (617) 946-4801 |

326535166v.2

Ian H. Morrison (Pro Hac Vice)
imorrison@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

3

326535166v.2

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/Ian H. Morrison*
Ian H. Morrison

326535166v.2