**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

THOUYEZEN MUNIR,
    Plaintiff,

v.

RTX CORPORATION, RAYTHEON
BROAD-BASED ENHANCED MERGER
SEVERANCE PLAN, RTX SEVERANCE
PLANS BENEFIT COMMITTEE,
Defendants

C.A. No. 1:24-cv-11833-MJJ

### [PROPOSED] ORDER

Upon consideration of the foregoing Parties Joint Motion to Extend Discovery Deadlines, and for good cause shown:

**IT IS HEREBY ORDERED** that the deadline by which the Parties shall complete fact discovery is extended by forty-five (45) additional days, through and including Monday, August 3, 2026.

SO ORDERED this __ day of _____, 2026.

_____
HONORABLE MYONG J. JOUN
United States District Court Judge